Fill in this information to identify the case:

Debtor name  New Cal-Neva Lodge, LLC

United States Bankruptcy Court for the:  Northern   District of  CA
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ALERT SECURITY<br>11140 SW BARBUR BLVD<br>SUITE 105<br>PORTLAND, OR 97219 | | | | | | $28,111.75 |
| 2 | BELFOR ENVIRONMENTAL<br>50 ARTISAN MEANS WAY, SUITE B<br>RENO, NV 89511 | | | | | | $89,742.11 |
| 3 | BRAY WHALER INC.<br>7936 EAST ARAPAHOE COURT SUITE 1000<br>CENTENNIAL, CO 80112-1371 | | | | | | $23,826.95 |
| 4 | CAPITOL ONE MORTGAGE PAYMENT<br>PAYMENT PROCESSING P.O. BOX 17000<br>BALTIMORE, MD 21297-1000 | | | | | | $114,421.45 |
| 5 | CASE DEVELOPMENT SERVICE LLC<br>546 WHISPERWOOD DRIVE<br>DADEVILLE, AL 36853 | | | | | | $84,626.68 |
| 6 | COLLABORATIVE DESIGN STUDIO<br>9444 DOUBLE R BLVD. SUITE B<br>RENO, NV 89521 | | | | | | $158,287.64 |
| 7 | DIMENSION 4<br>21 LOCUST AVENUE<br>MILL VALLEY, CA 94941 | | | | | | $452,306.86 |
| 8 | GALAXY HOTEL SYSTEMS<br>15621 RED HILL AVENUE<br>SUITE 100<br>TUSTIN, CA 92780 | | | | | | $29,596.43 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | GARY DAVID GROUP<br>P.O. BOX 7409<br>TAHOE CITY, CA 96145 | | | | | | $29,175.05 |
| 10 | GLODOW NEAD COMMUNICATIONS<br>1700 MONTGOMERY ST SUITE 203<br>SAN FRANCISCO, CA 94111 | | | | | | $97,529.87 |
| 11 | MOULIN, XAVIER | | | | | | $103,482.35 |
| 12 | NEW WORLD CONCEPT GROUP<br>1226 SW 15 STREET<br>MIAMI, FL 33145 | | | | | | $32,086.55 |
| 13 | NORTHSTAR DEMOLITION<br>404 NORTH BERRY STREET<br>BREA, CA 92821 - 3104 | | | | | | $96,201.18 |
| 14 | PAUL DUESING PARTNERS<br>2600 FAIRMONT STREET<br>BERNWARD HOUSE<br>DALLAS, TX 75201 | | | | | | $90,380.88 |
| 15 | PEZONELLA ASSOCIATES INC.<br>520 EDISON WAY<br>RENO, NV 89502 | | | | | | $34,609.25 |
| 16 | PLACER COUNTY TAX COLLECTOR<br>2976 RICHARDSON DRIVE<br>AUBURN, CA 95603 | | | | | | $51,655.91 |
| 17 | SPECTRUM CPA GROUP LLP<br>250 NW FRANKLIN<br>SUITE 403<br>BEND, OR 97701 | | | | | | $35,485.79 |
| 18 | STARWOOD HOTELS & RESORT WORLDWIDE, INC.<br>FILE 742043 P.O. BOX 742043 LOS ANGELES, CA 90074-2043 | | | | | | $30,278.39 |
| 19 | THANNISCH DEVELOPMENT SERVICES INC.<br>2775 OLD MILTON PARKWAY SUITE 200<br>ALPHARETTA, GA 30004 | | | | | | $82,039.69 |
| 20 | THE PENTA BUILDING GROUP<br>181 EAST WARM SPRINGS ROAD<br>LAS VEGAS, NV 89119 | | | | | | $7,119,902.80 |

**Fill in this information to identify the case and this filing:**

Debtor Name: New Cal-Neva Lodge, LLC

United States Bankruptcy Court for the: Northern District of California
(State)

Case number (If known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/27/16
MM / DD / YYYY

X _/s/ Robert Radovan_
Signature of individual signing on behalf of debtor

Robert Radovan
Printed name

President and Secretary
Position or relationship to debtor

Official Form 202  Declaration Under Penalty of Perjury for Non-Individual Debtors

Case: 16-10648  Doc# 2  Filed: 07/28/16  Entered: 07/28/16 13:03:34  Page 3 of 3